Falcao v Metropolitan Transp. Auth.

2026 NY Slip Op 03116

May 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Cleo Falcao et al., Appellants,

v

Metropolitan Transportation Authority, et al., Respondents.

Decided and Entered: May 19, 2026

Index No. 154962/18|Appeal No. 6164|Case No. 2024-06308|

Before: Moulton, J.P., Friedman, Gesmer, O'neill Levy, Chan, JJ.

[*1]

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Richard Tsai, J.), entered on or about September 10, 2024,

And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 13, 2026,

It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.

ENTERED: May 19, 2026